Opinion issued December 14, 2006





 







 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01047-CR

____________


KAVOTA CARL STEWART, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 182nd District Court 

 Harris County, Texas

Trial Court Cause No. 1055349






MEMORANDUM OPINION

 We lack jurisdiction to hear this appeal. The trial court sentenced appellant,
Kavota Carl Stewart, and signed a final judgment in this case on August 21, 2006. 
Appellant did not file a motion for new trial, and therefore the deadline for filing a
notice of appeal was September 20, 2006, 30 days after sentencing. See Tex. R. App.
P. 26.2(a)(1).

 Appellant filed a notice of appeal on November 6, 2006, 47 days after the
deadline. An untimely notice of appeal fails to vest the appellate court with
jurisdiction to hear the case. Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim.
App. 1998); Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); Douglas
v. State, 987 S.W.2d 605, 605-06 (Tex. App.--Houston [1st Dist.] 1999, no pet.).

 We therefore dismiss the appeal for lack of jurisdiction.

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).